BRUCE BOTHWELL, ESQ. #94790
brucebothwell@yahoo.com
LAW OFFICES OF BRUCE BOTHWELL
One World Trade Center, Suite 1860
Long Beach, California  90831-1860
Telephone:  (562) 435-0818
Facsimile:  (562) 435-0878

Attorneys for Q.P. and Kieran R.

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q.P., a minor, by and through his Guardian ad litem KIERAN R.<br><br>            Plaintiffs,<br><br>     vs.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>            Defendant. | CASE NO.: CV 07-5937 GAF (JTLx)<br><br>**ORDER TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE**<br><br>Judge: Gary A. Feess<br><br>Complaint Filed: 09-18-07 |

Based upon the stipulation of the parties filed concurrently herewith,

**THE COURT ORDERS** that pursuant to the Stipulation to Voluntarily Dismiss under Federal Rules of Civil Procedure Rules 41(a)(1)(ii) the Complaint in this matter is dismissed with prejudice.

Dated:  October 14, 2008

_____
JUDGE GARY A. FEESS
UNITED STATES DISTRICT JUDGE